## Commonwealth *v.* Matthews, Appellant.

Submitted March 21, 1973. *William J. Brady, Jr.,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.